IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-mc-00095-LTB

RODGER GRIGGS,

    Plaintiff,

v.

NO DEFENDANT NAMED,

    Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 17 2011

GREGORY C. LANGHAM
CLERK

---

ORDER OF DISMISSAL

---

On October 7, 2011, Rodger Griggs, acting *pro se*, submitted to the Court a Letter and a Notice of Criminal Action. Mr. Griggs is in the custody of the United States Bureau of Prisons and currently is incarcerated at the Federal Medical Center in Fort Worth, Texas.

For the most part, Mr. Griggs' allegations are unintelligible. It does appear, however, that Mr. Griggs is attempting to file criminal charges against this Court or the Clerk of this Court. It is settled law that "in American jurisprudence, at least, a private citizen lacks a judicially cognizable interest in the prosecution or nonprosecution of another." *See, DeMillard v. No. Named Defendant*, 407 F. App'x 332, **1 (10th Cir. Jan. 14, 2011) (unpublished) (quoting *Linda R.S. v. Richard D.*, 410 U.S. 614, 619 (1973)); *see also Doyle v. Okla. Bar Ass'n*, 998 F.2d 1559, 1566 (10th Cir. 1993). Private prosecutions are not initiated through the Judiciary. *DeMillard*, 407 F. App'x at ** 1. Mr. Griggs, therefore, lacks standing to initiate a criminal action. Accordingly, it is

ORDERED that the action is dismissed because Mr. Griggs lacks standing to file and prosecute a criminal action.

DATED at Denver, Colorado, this __17th__ day of ___October_____, 2011.

BY THE COURT:

___s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-mc-00095-BNB

Rodger Griggs
Prisoner No. 07572040
Ft Worth FMC
PO Box 15330
Ft Worth, TX 76119

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on October 17, 2011.

                                                GREGORY C. LANGHAM, CLERK

                              By: _____
                                                   Deputy Clerk